1
2
3
4
5
6
7
8 **UNITED STATES DISTRICT COURT**
9 **CENTRAL DISTRICT OF CALIFORNIA**
10 **SOUTHERN DIVISION**
11

12 QUANG MINH TRAN,                         )   No. SA CV 12-1439-SJO (PLA)
                                           )
13                  Petitioner,            )   **ORDER ADOPTING MAGISTRATE**
                                           )   **JUDGE'S REPORT AND**
14          v.                             )   **RECOMMENDATION**
                                           )
15 MATTHEW CATE, et al.,                   )
                                           )
16                  Respondents.           )
                                           )
17 _____)

18         Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the

19 magistrate judge's report and recommendation and petitioner's objections.  The Court agrees with

20 the recommendations of the magistrate judge.

21         ACCORDINGLY, IT IS ORDERED:

22         1.      The report and recommendation is adopted.

23         2.      Judgment shall be entered consistent with this order.

24         3.      The clerk shall serve this order and the judgment on all counsel or parties of record.

25

26 DATED:  July 13, 2013.                   _____
                                              HONORABLE S. JAMES OTERO
27                                            UNITED STATES DISTRICT JUDGE

28