# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| QUANG MINH TRAN,<br><br>    Petitioner,<br><br>    v.<br><br>MATTHEW CATE, et al.,<br><br>    Respondents. | No. SA CV 12-1439-SJO (PLA)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition is denied and dismissed with prejudice.

DATED:  July 13, 2013.

*S. James Otero*
HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE